# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN MARTINEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>        Defendant. | Case No. 1:17-cv-01062-DAD-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 18) |

    Plaintiff, Ivan Martinez, and Defendant, Capital One Bank (USA), N.A., have filed a stipulation to dismiss the entire action with prejudice (ECF No. 18). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

    Dated: **January 24, 2019**                /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE