# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS ROBERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. MANASRAH, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01062-DAD-SAB (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION REQUESTING SUMMONS TO PROCEED AGAINST C. PFEIFFER<br><br>(ECF No. 30) |

Plaintiff Morris Roberson is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion requesting summons to proceed against C. Pfeiffer, filed on April 26, 2019. (ECF No. 30.) In the motion, Plaintiff requests that the Court send him a summons to fill out so that the U.S. Marshal's office can serve process on Defendant C. Pfeiffer.

However, on April 9, 2019, this Court issued an order initiating service on Defendant Kern Valley State Prison Warden C. Pfeiffer and directed that service on Defendant Pfeiffer proceed pursuant to the Court's E-Service pilot program for civil rights cases in the Eastern District of California. (ECF No. 26.) As previously discussed in the Court's April 9, 2019 service order, "E-Service" means that, rather than having plaintiffs fill out service paperwork for the U.S. Marshal to serve on the defendants, the Court will provide service paperwork regarding

1

the defendants electronically to the California Department of Corrections and Rehabilitation and the California Attorney General's Office. (Id.)

Since service on Defendant Pfeiffer is to proceed pursuant to the Court's E-Service pilot program, Plaintiff does not need to fill out a summons for Defendant Pfeiffer. Accordingly, Plaintiff's motion requesting summons to proceed against C. Pfeiffer, (ECF No. 30), is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **April 29, 2019**

UNITED STATES MAGISTRATE JUDGE